IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL TASH,

    Petitioner,

  v.

BEN CURRY, Warden,

    Respondent.
_____/

No. C 05-2417 CW (PR)

AMENDED JUDGMENT

    Petitioner, a state prisoner, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 based upon Governor Arnold Schwarzenegger's 2004 reversal of the decision by the Board of Parole Hearings finding Petitioner suitable for parole.  The Court granted the petition and remanded this case to the Governor to vacate his reversal and to re-evaluate Petitioner's suitability for parole.  In its analysis, the Court relied upon a number of Ninth Circuit Court of Appeals cases to conclude, "In light of the extensive evidence of Petitioner's in-prison rehabilitation and exemplary behavior, the reliance on the unchanging facts of the murder to deny Petitioner parole for the tenth time -- twenty-two years into his minimum seventeen year sentence -- violated his right to due process."  (Aug. 27, 2008 Order at 23.)  Respondent timely appealed to the Ninth Circuit.

    On February 1, 2011, the Ninth Circuit reversed the decision of the district court by relying on Swarthout v. Cooke, ___ U.S. ___, 131 S. Ct. 859, 863 (2011), and stating that the "Supreme Court recently held that although California might create a liberty interest in parole through its 'some evidence' standard, federal

courts are limited on habeas to a review of the process that the petitioner received." <u>Tash v. Curry</u>, No. 08-17150, slip op. at 2 (9th Cir. Feb. 1, 2011).  The Ninth Circuit concluded, "Because Tash was afforded constitutionally adequate process, his petition should have been denied."  <u>Id.</u> at 3.  The mandate of the Ninth Circuit issued on February 23, 2011.

Pursuant to the Ninth Circuit memorandum opinion and mandate, the Court issues this Amended Judgment.  The judgment entered on August 27, 2008 is VACATED.  Accordingly, the petition for a writ of habeas corpus is DENIED.  The Clerk of the Court shall close the file.

IT IS SO ORDERED.

DATED: 3/4/2011

CLAUDIA WILKEN
United States District Judge

2

<b>United States District Court</b><br>For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TASH,

    Plaintiff,

v.

KANE et al,

    Defendant.

Case Number: CV05-02417 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 4, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul R. Tash C-73850
P.O. Box 689
Soledad, CA 93960-0689

Dated: March 4, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

3